AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

2016 SEP 29 P 4: 49

| | |
|---|---|
| Michael Zaletel, d/b/a i4software )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>Prisma Labs, Inc. )<br>)<br>)<br>_____ )<br>*Defendant(s)* ) | Civil Action No. 1:16cv1230 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Prisma Labs, Inc.,
Serve: VCorp Services, LLC
1013 Centre Road, Suite 403-B
Wilmington, Delaware 19805

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    R. Scott Caulkins
Caulkins & Bruce, PC
2300 Wilson Boulevard
Suite 240
Arlington, VA 22201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___09/29/2016___     _____
*Signature of Clerk or Deputy Clerk*