# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| Michael Zaletel, d/b/a i4software, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 16-1307-SLR |
| ) | |
| v. ) | |
| ) | |
| Prisma Labs, Inc., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS Plaintiff Michael Zaletel, d/b/a i4software (collectively "Zaletel"), and Defendant Prisma Labs, Inc. ("Prisma"), have agreed to terms and conditions for a settlement of this action and have set forth those terms and conditions in a settlement agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record:

1. This action, including all claims, counterclaims, and affirmative defenses, is voluntarily dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

2. This Court retains jurisdiction to enforce the settlement agreement; and

3. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| HEYMAN ENERIO<br>GATTUSO & HIRZEL LLP | MORRIS, NICHOLS,<br>ARSHT & TUNNELL LLP |
| */s/ Dominick T. Gattuso*<br>Dominick T. Gattuso (#3630)<br>300 Delaware Avenue<br>Suite 200<br>Wilmington, DE 19801<br>(302) 472-7300<br>dgattuso@hegh.law<br><br>*Attorneys for Plaintiff Michael Zaletel* | */s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Prisma Labs, Inc.* |

Dated: June 7, 2017

SO ORDERED this _____ day of June 2017.

                                                  UNITED STATES DISTRICT COURT